No. 799. CLEVELAND & PITTSBURGH RAILROAD CO. ET AL. *v.* PITTSBURGH COAL CO. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *G. Bowdoin Craighill* for petitioners. *Messrs. Harold F. Reed, Don Rose,* and *John B. Eichenauer* for respondent.

No. 804. MORSE *v.* PENNSYLVANIA RAILROAD CO. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clayton R. Lusk* for petitioner. *Messrs. Frederic D. McKenney, John Spalding Flannery, G. Bowdoin Craighill,* and *Irving B. Diven* for respondent.

No. 806. SANTEE RIVER CYPRESS LUMBER CO. *v.* FORSHUR TIMBER CO. April 29, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Marion W. Seabrook* for petitioner. *Mr. W. C. Wolfe* for respondent.

No. 807. SQUIRE, SUPERINTENDENT OF BANKS OF OHIO *v.* LLOYDS CASUALTY CO. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John W. Bricker* and *J. Roth Crabbe* for petitioner. *Mr. E. E. Stearns* for respondents.

No. 810. WOLVERINE PETROLEUM CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 29, 1935.

Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Guy A. Thompson, Samuel A. Mitchell, Frank A. Thompson,* and *Truman Post Young* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for respondent.

No. 811. DAVIS *v.* SCHLENER, RECEIVER. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Manley P. Caldwell* for petitioner. No appearance for respondent.

No. 813. SECOND JUDICIAL COURT OF MONTANA ET AL. *v.* MONTANA ET AL. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. John W. Fisher* for petitioners. *Mr. Samuel T. Bush* for respondents.

No. 815. TULSA *v.* SOUTHWESTERN BELL TELEPHONE Co. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Neal E. McNeill* and *Robert L. Davidson* for petitioner. *Messrs. Jacob Reyle Spielman, Arthur J. Biddison, Harry Campbell,* and *John H. Cantrell* for respondent.

No. 821. W. AMES & Co. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals for the